JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA 92714
   714-474-2055
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      COURT NO: 92 A 21077
          Plaintiff,

    v.                        DEFAULT JUDGMENT

MICHAEL C. MORAGNE

          Defendant(s).



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHAEL C. MORAGNE

the sum of $5,400.00 as principal, $3,698.61 as accrued prejudgment interest, $0 administrative charges, and $100.50 costs, plus $940.00 attorney fees for a total amount of $ 10,139.11 plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 1 4 1992

                                   LEONARD A. BROSNAN, CLERK
                                   U.S. District Court
                                   Central District of California

                              By: _____R. L. BYER_____
                                  Deputy Clerk